ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2010 SEP 15 PM 3:55

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:09-CR-115-A |
| | § | |
| RENE GLORIA CRUZ (06) | § | |

### Fugitive Status Report

To the Honorable John McBryde, United States District Judge:

The United States submits the following report relating to the fugitive, **Rene Gloria Cruz**:

The defendant **Cruz** has been located as an inmate in the Texas Department of Criminal Justice Institutional Division. A detainer has been placed against him. Contemporaneous with the filing of this report, the United States is applying for the issuance of a writ of habeas corpus ad prosequendum for the defendant, so that he may be brought to court to answer the charges against him.

Respectfully submitted,

JAMES T. JACKS
UNITED STATES ATTORNEY

/s/ Frederick M. Schattman
FREDERICK M. SCHATTMAN
Assistant United States Attorney
State Bar of Texas No. 17728400
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.978.3094